UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA           :   **SEALED INDICTMENT**

      - v. -                     :   18 Cr.

ANTHONY ELLISON,                   :   **18 CRIM 803**
  a/k/a "Harv,"
            Defendant.       :

- - - - - - - - - - - - - - - - - - X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/31/18

**COUNT ONE**

The Grand Jury charges:

1.  In or about July 2018, in the Southern District of New York and elsewhere, ANTHONY ELLISON, a/k/a "Harv," the defendant, and others known and unknown, knowingly did combine, conspire, confederate, and agree together and with each other to commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and would and did thereby obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, ELLISON agreed with one or more individuals to commit a robbery in the vicinity of the intersection of Bedford and Atlantic Avenues in Brooklyn, New York.

(Title 18, United States Code, Section 1951.)

**COUNT TWO**

The Grand Jury further charges:

2.  On or about July 22, 2018, in the Southern District of New York and elsewhere, ANTHONY ELLISON, a/k/a

"Harv," the defendant, knowingly did commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and would and did thereby obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, ELLISON participated in the robbery of an individual in the vicinity of the intersection of Bedford and Atlantic Avenues in Brooklyn, New York.

(Title 18, United States Code, Sections 1951 and 2.)

### COUNT THREE

The Grand Jury further charges:

4. On or about July 22, 2018, in the Southern District of New York and elsewhere, ANTHONY ELLISON, a/k/a "Harv," the defendant, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely, the robbery charged in Count Two of this Indictment, knowingly did use and carry a firearm, and in furtherance of such crime did possess a firearm, and did aid and abet the use, carrying, and possession of a firearm, which was brandished.

(Title 18, United States Code, Sections 924(c)(1)(A)(i), (ii) and 2.)

_____
FOREPERSON

_____
GEOFFREY S. BERMAN
United States Attorney

10/31/18.
Filed Sealed Indictment.
1 Arrest Warrant included.

2

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

ANTHONY ELLISON,
a/k/a "Harv,"

Defendant.

SEALED INDICTMENT

(18 U.S.C. §§ 1951, 924(c), and 2.)

GEOFFREY S. BERMAN
United States Attorney.

A TRUE BILL

Foreperson.