UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA                    :

        - v. -                              :

ANTHONY ELLISON,                            :
   a/k/a "Harv,"                            :    **ORDER**

               Defendant.        :    18 Cr. 803 (   )

                               :

- - - - - - - - - - - - - - - - - X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 0 6 2018

       Upon the application of the United States, by the United States Attorney for the Southern District of New York, Geoffrey S. Berman, by Assistant United States Attorneys Michael D. Longyear and Jacob Warren;

       It is found that the Indictment in the above-captioned action, 18 Cr. 803, is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, it is therefore

       ORDERED that the Indictment, 18 Cr. 803, in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:     New York, New York
          November 6, 2018

                            _____
                            THE HONORABLE ROBERT W. LEHRBURGER
                            UNITED STATES MAGISTRATE JUDGE